ACCEPTED
15-24-00048-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
5/9/2025 3:31 PM
CHRISTOPHER A. PRINE
CLERK

NO. 15-24-00048-CV

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
5/9/2025 3:31:45 PM
CHRISTOPHER A. PRINE
Clerk

# IN THE COURT OF APPEALS
## FIFTEENTH APPELLATE DISTRICT OF TEXAS
## AUSTIN, TEXAS

**TEXAS MEDICAL BOARD,**
*Appellant,*

**v.**

**GRAYCE YANNUZZI,**
*Appellee.*

---

## SUPPLEMENTAL BRIEF OF APPELLANT, THE TEXAS MEDICAL BOARD

---

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney
General

AUSTIN KINGHORN
Deputy Attorney General for Civil
Litigation

ERNEST C. GARCIA
Chief, Administrative Law Division

TED A. ROSS
State Bar No. 24008890
Assistant Attorney General
Office of the Attorney General
P.O. Box 12548 (MC 018)
Austin, Texas 78711-2548
512-475-4191 ● fax 512-320-0167
ted.ross@oag.texas.gov

*Counsel for Appellant,*
*The Texas Medical Board*

**TO THE HONORABLE JUSTICES OF THE FIFTEENTH COURT OF APPEALS:**

Appellant, the Texas Medical Board (TMB), by and through the Office of the Attorney General of Texas and the undersigned Assistant Attorney General, submits the following supplemental brief in the captioned appeal.

On April 29, 2025 the Clerk of this Court sent a letter to the parties' counsel requesting supplemental briefing on the issue of whether Appellee, Grace Yannuzzi (Yannuzzi), was required to file a motion for rehearing of the January 24, 2023 TMB cease and desist order that is the subject of this appeal (CDO). The Court's letter cited *Mosley v. Tex. Health & Human Servs. Comm.*, 593 S.W.3d 250, 258 (Tex. 2019), where the Texas Supreme Court held that the APA's motion-for-rehearing requirement applies to judicial review of all agency orders barring explicit statutory indication to the contrary.

It appears that, under the facts of this case, a motion for rehearing of the CDO was required. As such, Yannuzzi's failure to file such a motion would have deprived the district court of jurisdiction to review the CDO. Tex. Gov't Code § 2001.145.[1]

---

[1] The TMB would note that the question of whether cease and desist agency proceedings are "contested cases" within the meaning of the APA, thus implicating the requirement to file a motion for rehearing, is an issue in *Gonzalez v. Tex. Med. Bd.*, No. 03-22-00205-CV, 2023 WL 7134982, at *7-8 (Tex. App.—Austin Oct. 31, 2023, pet filed). In that case, the Third Court of Appeals answered that question in the affirmative. However, a petition for review in that case is pending with the Texas Supreme Court.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney General

AUSTIN KINGHORN
Deputy Attorney General for Civil Litigation

ERNEST C. GARCIA
Chief, Administrative Law Division

*/s/ Ted A. Ross*
Ted A. Ross
Assistant Attorney General
State Bar No. 24008890
OFFICE OF THE TEXAS ATTORNEY GENERAL
ADMINISTRATIVE LAW DIVISION
P. O. Box 12548
Austin, Texas 78711-2548
Telephone: (512) 475-4191
Email: ted.ross@oag.texas.gov

***Attorneys for Appellant,***
***The Texas Medical Board***

3

## CERTIFICATE OF SERVICE

I hereby certify that, in compliance with Rule 9.5 of the Texas Rules of Appellate Procedure, a true and correct copy of the above and foregoing document has been served on the following on this the 9th day of May, 2025:

David M. Gonzalez                           *Via E-Service*
Sumpter & Gonzalez LLP
1100 B Guadalupe Street
Austin, TX 78701
david@sg-llp.com

***Attorney for Appellee,***
***Grace Yannuzzi***


/s/ Ted A. Ross
Ted A. Ross
Assistant Attorney General

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Jeff Lutz on behalf of Ted Ross
Bar No. 24008890
jeff.lutz@oag.texas.gov
Envelope ID: 100666800
Filing Code Description: Brief Not Requesting Oral Argument
Filing Description: 2025 0509 TMB Supplemental Brief
Status as of 5/9/2025 3:58 PM CST

Associated Case Party: Grayce Yannuzzi

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| David Gonzalez | | david@sg-llp.com | 5/9/2025 3:31:45 PM | SENT |
| David Gonzalez | | david@sg-llp.com | 5/9/2025 3:31:45 PM | SENT |

Associated Case Party: Texas Medical Board

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Ted Ross | | ted.ross@oag.texas.gov | 5/9/2025 3:31:45 PM | SENT |
| Ted Ross | | ted.ross@oag.texas.gov | 5/9/2025 3:31:45 PM | SENT |
| Lauren McGee | | lauren.mcgee@oag.texas.gov | 5/9/2025 3:31:45 PM | SENT |
| Lauren McGee | | lauren.mcgee@oag.texas.gov | 5/9/2025 3:31:45 PM | SENT |
| Jeff Lutz | | jeff.lutz@oag.texas.gov | 5/9/2025 3:31:45 PM | SENT |